CEPERO *v.* INDUSTRIAL COMMISSION OF PUERTO RICO.

No. 1565, Misc.  Decided May 29, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

UNITED STATES *v.* CONTINENTAL OIL CO.

No. 450.  Decided May 29, 1967.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Jerry Z. Pruzansky* and *Lawrence W. Somerville* for the United States.

PER CURIAM.

The judgment is vacated and the case remanded to the United States District Court for the District of New Mexico for further consideration in light of *United States* v. *Pabst Brewing Co.,* 384 U. S. 546.